Cardillo & Corbett
Attorneys for Plaintiff
Shank International Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SHANK INTERNATIONAL PTE. LTD.,

          Plaintiff,

   -against-           **RULE 7.1 STATEMENT**

SME SHIPPING PTE. LTD.,

          Defendant.
------------------------------------------------x

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, SHANK INTERNATIONAL PTE. LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:  New York, New York
     May 22, 2008

          CARDILLO & CORBETT
          Attorneys for Plaintiff
          SHANK INTERNATIONAL PTE. LTD.

         By: _____
          Francis H. McNamara (FM 4649)