Cardillo & Corbett
Attorneys for Plaintiff
Shank International Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05·22·08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SHANK INTERNATIONAL PTE. LTD.,          :
                                        :   ECF
                     Plaintiff,         :   ORDER APPOINTING
                                        :   PERSON TO SERVE
         -against-                      :   PROCESS
                                        :   08 Civ. 4799 (CM)
SME SHIPPING PTE. LTD.,                 :
                                        :
                     Defendant.         :
----------------------------------------x

     Upon motion of the Plaintiff for an order appointing Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

     Upon reading the Affidavit of Francis H. McNamara, sworn to May 22, 2008, and good cause having been shown,

     IT IS ORDERED that Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the

Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        May 21, 2008

_____
United State District Judge