*Memo End. 5*

Cardillo & Corbett
Attorneys for Plaintiff
Shank International Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHANK INTERNATIONAL PTE. LTD.,      :
                                         EFC
              Plaintiff,            :
                                         08 Civ. 4799 (CM)
       -against-                    :
                                         **ORDER OF**
SME SHIPPING PTE. LTD.
                                    :    **DISMISSAL ON CONSENT**
              Defendant.
------------------------------------x

Upon the declaration of Francis H. McNamara, the attorney for Plaintiff Shank International Pte. Ltd., dated August 29, 2008, confirming that Plaintiff and Defendant have settled the dispute which is the subject of this case, and that all parties hereto consent to the dismissal of this case on the terms stated in the said declaration, it is hereby ORDERED that:

   1. The order of attachment issued by the Court on May 22, 2008, pursuant to which $59,839.10 belonging to Defendant SME Shipping Pte. Ltd. is being held under attachment at Bank of New York Mellon within this district ("the Bank"), is vacated;

   2. The amount of $49,138.43 shall be released

immediately from the attached funds and transferred to the Plaintiff, in accordance with written instructions to be given to the Bank by Plaintiff's attorneys, Cardillo & Corbett;

3.  The remaining $10,700.67 of the attached funds shall be released immediately and transferred to the Defendant in accordance with written instructions to be given to the Bank by Plaintiff's attorneys, Cardillo & Corbett.

4.  This case is hereby dismissed with prejudice and without costs.

SO ORDERED

_____
United States District Judge

Dated: September 2, 2008